UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE BREWTON,

                      Plaintiff,

                -against-

DEPARTMENT OF CORRECTIONS, *et al.*,

                      Defendants.

20-CV-10125 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

      Plaintiff Joe Brewton, detained at the Vernon C. Bain Center, filed this complaint *pro se*. By order dated December 3, 2020, the Court directed Plaintiff to either pay the $400.00 in fees that are required to file a civil action in this court or submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization within thirty days. Plaintiff has not complied with the Court's order, and has not initiated any further contact with the Court, written or otherwise. Accordingly, Plaintiff's complaint, filed IFP pursuant to 28 U.S.C. § 1915(a)(1), is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff at his last known address and note service on the docket.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

2

*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: January 20, 2021
        New York, New York

                                           COLLEEN McMAHON
                                      Chief United States District Judge